(February 23, 2012)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BOONE, Appellant. [938 NYS2d 796]—

Concur—Gonzalez, P.J., Andrias, Saxe and Sweeny, JJ.